IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01323-RPM

BRYAN WILLMER and
LORI WILLMER,

     Plaintiffs,

v.

ABRAHAM ZIMROTH.

     Defendant.

---

**ORDER RE: DEFENDANT'S UNOPPOSED MOTION FOR
INDEPENDENT MEDICAL EXAMINATION**

---

The Court, having reviewed Defendant's Unopposed Motion for Independent Medical Examination, and being advised in the premises, doth hereby orders as follows:

    1.    Defendant's Motion is GRANTED. Plaintiff will attend the independent medical examination with Dr. I. Stephen Davis on November 6, 2008 at 2:00 p.m. at Dr. Davis' office located at 2460 W. 26th Avenue, Building C, Suite 230, Denver, CO 80211 and fully cooperate with Dr. Davis during such examination.

    Done this 9th day of October, 2008.

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior Judge