IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01323-RPM-MJW

BRYAN WILLMER and
LORI WILLMER,

    Plaintiffs,

v.

ABRAHAM ZIMROTH,

    Defendant.

---

ORDER AMENDING SCHEDULING ORDER

---

Upon consideration of Plaintiffs' Unopposed Motion to Amend Scheduling Order Regarding Rule 26(a)(2) Experts [18], filed on March 16, 2009, it is

ORDERED that Plaintiffs' Rule 26(a)(2) expert witness designations will be submitted by March 26, 2009, and Defendant's Rule 26(a)(2) expert witness designations will be submitted by April 27, 2009. It is

FURTHER ORDERED that Plaintiffs shall have ten days after receipt of Aspen Challenge and Dr. Epstein records to designate any experts who may opine on the subject matter of those records, and that Defendant shall have thirty days after Plaintiffs' designations to designate responsive experts.

Dated: March 17th, 2009

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

.                                Richard P. Matsch, Senior District Judge