IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01323-RPM-MJW

BRYAN WILLMER and
LORI WILLMER,

    Plaintiffs,

v.

ABRAHAM ZIMROTH,

    Defendant.

---

ORDER AMENDING SCHEDULING ORDER

---

Upon consideration of Plaintiffs' Unopposed Motion to Amend Scheduling Order Regarding Rule 26(a)(2) Experts [22], filed on May 15, 2009, it is

ORDERED that Plaintiffs shall designate rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P.26(a)(2) on or before May 22, 2009.

Dated: May 20th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____

.               Richard P. Matsch, Senior District Judge