IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01323-RPM-MJW

BRYAN WILLMER and
LORI WILLMER,

     Plaintiffs,

v.

ABRAHAM ZIMROTH,

     Defendant.

---

## ORDER TO PROVIDE BOOT DIMENSIONS

---

On August 18, 2009, the Plaintiffs filed a motion designated Plaintiffs' Motion to Reopen Discovery, Alternatively that Defendant Supplement His and His Expert's Disclosure.  The defendant filed an objection and the plaintiff replied.  It is now

ORDERED that on or before September 21, 2009, the defendant shall provide the requested boot dimensions to counsel for the plaintiff.

Dated: September 8th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

.                                         Richard P. Matsch, Senior District Judge