IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01323-RPM-MJW

BRYAN WILLMER and
LORI WILLMER,

    Plaintiffs,

v.

ABRAHAM ZIMROTH,

    Defendant.

---

ORDER VACATING TRIAL DATE

---

Pursuant to Plaintiffs' Notice of Settlement, filed March 23, 2010 [41], it is

ORDERED that the trial to jury set for April 26, 2010 is vacated and counsel shall file the appropriate dismissal papers by April 6, 2010.

Dated: March 23rd, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge