## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01323-RPM-MJW

BRYAN WILLMER and
LORI WILLMER

       Plaintiffs,

v.

ABRAHAM ZIMROTH

       Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to the Stipulation for Dismissal with Prejudice [43] filed by the Plaintiffs, Bryan Willmer and Lori Willmer, and the Defendant, Abraham Zimroth, it is

ORDERED that the above-captioned action is dismissed with prejudice, each party to pay their respective costs and attorney fees.

DATED this 9th day of April, 2010.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge